### [ BARTON v. WOODBRIDGE ]

Jsaac Barton plaint. ag[t] Thomas Woodbridge Def[dt] This action issued by the defend[ts] confession of a Judgem[t]

### [ ALFORD v. WAY and ENDICOTT ]

Benj[n] Alford Attourny of John Sweeting of London Adm[r] to the Estate of his Son John Sweeting deced. plaint. ag[t] L[t] Rich[d] Way and John Endicott Def[dt] The plaint. withdrew.

### [ OUGHTRED v. WHETCOMB ]

Charles Oughtred Attourny of Sam[ll] Sheafe of London plaint. ag[t] James Whetcomb Def[dt] The plaint. nonsuted in failure of process, produceing a bond wherein three persons were bound, and but one Specified in the process.

### [ HUTCHINSON v. SMITH ]

Eliakim Hutchinson plaint. ag[t] John Smith Def[dt] The plaint. withdrew his action.

### GREEN agt. RAYNSFORD

William Green plaint. ag[t] John Raynsford David Raynsford and Solomon Raynsford Def[ts] in an action of Reveiw of a case or Action tryed at a County Court [484] held at Boston on the. 30th day of October Last, upon which tryall Judgement was given ag[t] him and for the s[d] Raynsfords the Land in controversy then and costs of Court allowed twenty Seven Shillings and eight pence and for all other due damages &c. . . . The Jury . . . found for the Defend[ts] costs of Court: The plaint. appealed from this Judgem[t] unto the next Court of Assistants & gave bond with Sureties for the prosecution thereof to Effect.

[ Upheld by the Court of Assistants. Records, i. 109.]

### WALKER ag[t] HICKSON

Samuel Walker pl[t] ag[t] Walter Hickson Defend[t] The plaint. was nonsut[d] in failure of giving Summons